**Johnny R. HUFF, Plaintiff—Appellant,**

**v.**

**ATTORNEY GENERAL OF VIRGINIA; Commonwealth of Virginia; Virginia Parole Board Chairman; Tim Kaine, Gov., Defendants—Appellees.**

**No. 08–7886.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 23, 2009.

Johnny R. Huff, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny R. Huff appeals the district court's order dismissing Huff's 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Huff v. Attorney General,* No. 3:07–cv–00744–MHL, 2008 WL 4065544 (E.D.Va. Aug. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*